UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE TRUJILLO,<br><br>        Plaintiff,<br><br>    v.<br><br>ANTONIO GALINDO ALVAREZ, et al.,<br><br>        Defendants. | Case No. 1:19-cv-01037-DAD-EPG<br><br>ORDER APPROVING STIPULATION FOR EXTENSION OF TIME FOR DEFENDANT, GLORIA MAE MCCAUSLIN dba VIP PIZZA, TO RESPOND TO PLAINTIFF'S COMPLAINT<br><br>(ECF NO. 10) |

      Plaintiff Jose Trujillo and Defendant Gloria Mae McCauslin dba VIP Pizza ("Defendant") have stipulated that, pursuant to Federal Rule of Civil Procedure 6(a) and Local Rule 144, Defendant may have up to and including September 25, 2019, to file responsive pleadings in this matter. The Court has reviewed the stipulation and approves same and it is hereby ORDERED that Defendant Gloria Mae McCauslin dba VIP Pizza shall have up to and including September 25, 2019, to file responsive pleadings in this matter.

IT IS SO ORDERED.

    Dated: **September 6, 2019**            /s/ *Erica P. Grosjean*
                                                                 UNITED STATES MAGISTRATE JUDGE