UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE TRUJILLO,<br><br>    Plaintiff,<br><br> v.<br><br>ANTONIO GALINDO, et al.,<br><br>    Defendants. | Case No. 1:19-cv-01037-DAD-EPG<br><br>ORDER DIRECTING CLERK OF COURT TO CLOSE CASE IN LIGHT OF VOLUNTARTY DISMISSAL<br><br>(ECF NO. 21) |

On January 21, 2020, the parties in this matter filed a stipulation for dismissal of the entire action, with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). (ECF No. 21.) Accordingly, in light of the stipulation, the Clerk of Court is instructed to close this case.

IT IS SO ORDERED.

 Dated:  **January 22, 2020**        /s/ *Erica P. Grosjean*
                       UNITED STATES MAGISTRATE JUDGE

1